UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12-MJ-308-DCK |
|---|---|---|
| vs. | ) | ORDER FOR DISMISSAL OF COMPLAINT |
| DESHAWN LEWIS | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss Complaint" (Document No. 5) filed October 1, 2013. Having carefully considered the motion, leave of court is hereby <u>granted</u> for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

Signed: October 1, 2013

David C. Keesler
United States Magistrate Judge